IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

_NASHVILLE_ DIVISION

FILED

2013 DEC 11 PM 4:48

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CAROLYN CLENDENING )
(PLAINTIFF )
)
v.s )
)
J.C. PENNIES CORPORATION )
DEFENDANT

Civil Case No. _3:13-1174_

Judge _SHARP/BROWN_

_JURY DEMAND_

_NEED TO RESCEDULE COURT DATE_
(Type of Pleading)

Because I HAVE A HEARING ON THE SAME
DAY+TIME FOR MY SECTION 8 HOUSING. I
HAVE TO BE THERE IN ORDER TO STAY WHERE
IM AT.

HEARING OFFICER

JULIE BURNETTE

_Carolyn Clendening_
Signature

## ORDER

**Motion Granted**; The ICMC is reset for 1:30 p.m. on
/S/ Joe B. Brown      Wednesday, December 18, 2013.

## JOE B. BROWN
## Magistrate Judge