IN THE UNITED STATES DISTRICT COURT

**FILED**

FOR THE MIDDLE DISTRICT OF TENNESSEE

_NASHVILLE_ DIVISION

2013 DEC 11 PM 4: 48

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CAROLYN CLENDENING )
(PLAINTIFF )
                  )
v.s               )
                  )
                  )
J.C. PENNIES CORPORATION )
  DEFENDANT       )

Civil Case No. _3:13-1174_

Judge _SHARP/BROWN_
        _JURY DEMAND_

_NEED TO RESCEDULE COURT DATE_

(Type of Pleading)

Because I HAVE A HEARING ON THE SAME

DAY + TIME FOR MY SECTION 8 HOUSING. I'VE

HAVE TO BE THERE IN ORDER TO STAY WHERE

IM AT.

                HEARING OFFICER

                JULIE BURNETTE

_Carolyn Clendening_
Signature

**ORDER**
**Motion Granted**; The ICMC is reset for 1:30 p.m. on
/S/ Joe B. Brown      Wednesday, December 18, 2013.
**JOE B. BROWN**
**Magistrate Judge**