UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN CLENDENING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:13-cv-1174 |
| J.C. PENNEY CORPORATION, | ) ) Magistrate Judge Brown |
| Defendant. | ) ) |

## O R D E R

Pending in this action is the Defendant's Motion to Continue the Initial Case Management Conference (Docket Entry 16) presently set for 1:30 p.m. on Wednesday, December 18, 2013. The motion is **GRANTED**. The Initial Case Management Conference is reset for **Monday, January 6, 2014 at 1:30 p.m.**, Courtroom 783, 801 Broadway, Nashville, Tennessee.

The Plaintiff is appearing *pro se* in this matter, therefore the Defendant's counsel should send a draft case management order to the Plaintiff **seven days** prior to the conference. The Plaintiff should bring the draft order, along with any requested changes, to the January 6, 2014 conference.

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge